**PS CHEZ SIDNEY, L.L.C., Plaintiff,**

v.

**UNITED STATES INTERNATIONAL TRADE COMMISSION, and United States Customs Service, Defendants,**

and

**Crawfish Processors Alliance, et al., Defendant–Intervenors.**

Slip Op. 08–13.
No. 02–00635.

United States Court of International Trade.

Jan. 24, 2008.

### *JUDGMENT ORDER*

WALLACH, Judge.

Upon consideration of the United States International Trade Commission's determination upon remand of Plaintiff's eligibility for Byrd Amendment distributions of November, 27, 2007 ("Commission's Remand Determination"), filed pursuant to this court's decision and Order in PS *Chez Sidney, L.L.C. v. United States,* 502 F.Supp.2d 1318 (CIT 2007); the court having reviewed the Commission's Remand Determination and all pleadings and papers on file herein, and good cause appearing therefor, it is hereby

ORDERED that the Commission's Remand Determination is in accordance with this court's decision and Order of July 26, 2007; and it is further

ORDERED that the Commission's Remand Determination is SUSTAINED.